**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| JEFFREY WEISEN, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC.,<br><br>   Defendant. | Case No. 19-cv-3151 (SRN/ECW) |

## STIPULATION OF DISMISSAL

  Plaintiff Jeffrey Weisen ("Plaintiff") and Defendant Dick's Sporting Goods, Inc. ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

  1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

  2. No motion for class certification has been filed, and no class has been certified in this action. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

  3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: November 6, 2020                                   Respectfully submitted,

*/s/ R. Bruce Carlson*                                    */s/ Michael J. Chilleen*
R. Bruce Carlson                                          Gregory F. Hurley
Kelly K. Iverson                                          Michael J. Chilleen
**CARLSON LYNCH, LLP**                                    **SHEPPARD MULLIN RICHTER**
1133 Penn Avenue, 5th Floor                               **& HAMPTON LLP**
Pittsburgh, PA 15222                                      650 Town Center Drive, 10th Floor
412-322-9243                                              Costa Mesa, CA 92626-1993
bcarlson@carlsonlynch.com                                 ghurley@sheppardmullin.com
kiverson@carlsonlynch.com                                 mchilleen@sheppardmullin.com

Patrick W. Michenfelder (#024207X)                        Hayley S. Grunvald
Chad A. Throndset (#0261191X)                             **SHEPPARD MULLIN RICHTER**
**THRONDSET MICHENFELDER, LLC**                           **& HAMPTON LLP**
One Central Avenue West, Suite 203                        12275 El Camino Real, Suite 200
St. Michael, MN 55376                                     San Diego, CA 92130
Tel: (763) 515-6110                                       Tel: (619) 347-5000
Fax: (763) 226-2515                                       hgrunvald@sheppardmullin.com
pat@throndsetlaw.com
chad@throndsetlaw.com                                     Colleen O'Melia Kaufenberg
                                                          **HANSEN DORDELL BRADT**
                                                          **ODLAUG & BRADT PLLP**
*Attorneys for Plaintiff*                                 3900 Northwoods Drive, Suite 250
                                                          St. Paul, MN 55112
                                                          Tel: (651) 332-8722
                                                          Fax: (651) 482-8909
                                                          ckaufenberg@hansendordell.com

                                                          *Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on November 6, 2020.

*/s/ R. Bruce Carlson*
R. Bruce Carlson
