UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JEFFREY WEISEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC.,<br><br>Defendant. | Case No. 19-cv-3151 (SRN/ECW)<br><br>**ORDER** |

Chad Throndset and Patrick W. Michenfelder, Throndset Michenfelder, LLC, One Central Avenue West, Suite 203, St. Michael, MN 55376 and Elizabeth Pollock-Avery, Kelly Iverson, and Ronald Bruce Carlson, Carlson Lynch Sweet Kilpela & Carpenter, 1133 Penn Avenue, 5th Floor, Pittsburgh, PA 15222, for Plaintiffs.

Colleen O'Melia Kaufenberg and Michael Kemp, Hansen Dordell Bradt Odlaug & Bradt PLLP, 3900 Northwoods Drive, Suite 250, St. Paul, MN 55112 and Gregory Francis Hurley, Hayley Singer Grunvald, Sheppard Mullin Richter & Hampton LLP, 650 Town Center Drive, 4th Floor, Costa Mesa, CA 92626, for Defendant.

This matter is before the Court upon the parties' Stipulation of Dismissal [Doc. No. 41].

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE and each party shall bear their own costs and fees, including attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  November 6, 2020

s/Susan Richard Nelson<br>SUSAN RICHARD NELSON<br>United States District Judge