## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Jeffrey Weisen | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 19-cv-3151 SRN/ECW |
| Dick's Sporting Goods, Inc. | |
| Defendant. | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    this matter is DISMISSED WITH PREJUDICE and each party shall bear their

    own costs and fees, including attorneys' fees.


Date: 11/9/2020                                                                        KATE M. FOGARTY, CLERK